**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br>GREGORY W ROBERTS<br>DEBORAH Y ROBERTS<br>Debtor(s) | Case No. 12-31672 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/09/2012.

2) The plan was confirmed on 11/05/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 12/02/2014.

6) Number of months from filing to last payment: 28.

7) Number of months case was pending: 33.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $21,266.27.

10) Amount of unsecured claims discharged without payment: $161,767.44.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $18,612.90 |
| Less amount refunded to debtor | $1,296.01 |
| **NET RECEIPTS:** | **$17,316.89** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $784.74 |
| Other | $42.50 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$4,327.24** |

Attorney fees paid and disclosed by debtor:     $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| A/R CONCEPTS | Unsecured | 53.00 | NA | NA | 0.00 | 0.00 |
| ADVANCE HEART GROUP | Unsecured | 391.00 | NA | NA | 0.00 | 0.00 |
| ADVANCED HEART GROUP | Unsecured | 393.00 | NA | NA | 0.00 | 0.00 |
| ADVANCED HEART GROUP | Unsecured | 226.00 | NA | NA | 0.00 | 0.00 |
| ADVANTAGE MRI | Unsecured | 154.00 | NA | NA | 0.00 | 0.00 |
| ASHRO LIFESTYLE | Unsecured | 283.01 | 316.33 | 316.33 | 31.63 | 0.00 |
| BANK ONE LOAN SERVICING | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BEST BUY | Unsecured | 894.96 | NA | NA | 0.00 | 0.00 |
| BUDS AMBULANCE SVC | Unsecured | 802.00 | NA | NA | 0.00 | 0.00 |
| BUDS AMBULANCE SVC | Unsecured | 623.00 | NA | NA | 0.00 | 0.00 |
| BUDS AMBULANCE SVC | Unsecured | 623.00 | NA | NA | 0.00 | 0.00 |
| BUDS AMBULANCE SVC | Unsecured | 425.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 1,568.55 | NA | NA | 0.00 | 0.00 |
| CARDIAC CONSULTING GROUP | Unsecured | 70.00 | NA | NA | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SVCS LLC | Unsecured | 945.00 | 951.81 | 951.81 | 95.18 | 0.00 |
| CB USA INC | Unsecured | 362.00 | NA | NA | 0.00 | 0.00 |
| CB USA INC | Unsecured | 113.00 | NA | NA | 0.00 | 0.00 |
| CHANDRA DIAGNOSTIC CARDIOLOG | Unsecured | 41.00 | NA | NA | 0.00 | 0.00 |
| CHANDRA DIAGNOSTIC CARDIOLOG | Unsecured | 88.00 | NA | NA | 0.00 | 0.00 |
| CHASE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CINGULAR WIRELESS | Unsecured | 859.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK USA | Unsecured | 583.54 | NA | NA | 0.00 | 0.00 |
| CITIBANK USA | Unsecured | 482.44 | NA | NA | 0.00 | 0.00 |
| CITIMORTGAGE | Unsecured | 60,567.53 | NA | NA | 0.00 | 0.00 |
| CITIMORTGAGE | Unsecured | NA | NA | 1,699.58 | 169.96 | 0.00 |
| CITIMORTGAGE | Secured | 49,733.33 | 108,907.15 | 110,606.73 | 0.00 | 0.00 |
| CITIMORTGAGE | Secured | NA | 1,699.58 | 1,699.58 | 0.00 | 0.00 |
| COMED | Unsecured | 211.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ONE BANK | Unsecured | 469.32 | NA | NA | 0.00 | 0.00 |
| DENTAL EXPERTS | Unsecured | 37.10 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| DIVERSIFIED CONSULTANTS | Unsecured | 159.84 | NA | NA | 0.00 | 0.00 |
| ECAST SETTLEMENT CORP | Unsecured | NA | 374.49 | 374.49 | 37.45 | 0.00 |
| ECAST SETTLEMENT CORP | Unsecured | NA | 2,030.88 | 2,030.88 | 203.09 | 0.00 |
| ECAST SETTLEMENT CORP | Unsecured | 1,433.63 | 1,413.63 | 1,413.63 | 141.36 | 0.00 |
| ECAST SETTLEMENT CORP | Unsecured | 503.23 | 503.23 | 503.23 | 50.32 | 0.00 |
| ECAST SETTLEMENT CORP | Unsecured | 595.09 | 641.13 | 641.13 | 64.11 | 0.00 |
| ECAST SETTLEMENT CORP | Unsecured | 652.40 | 652.40 | 652.40 | 65.24 | 0.00 |
| FAMILY CHRISTIAN HEALTH CENTE | Unsecured | 155.00 | NA | NA | 0.00 | 0.00 |
| FIFTH THIRD BANK OF CHICAGO | Unsecured | 836.17 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Unsecured | 430.31 | NA | NA | 0.00 | 0.00 |
| HANGER CARES DIVISION | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE CO | Unsecured | 715.00 | 978.82 | 978.82 | 97.88 | 0.00 |
| ILLINOIS BELL TELEPHONE CO | Unsecured | 43.00 | 262.77 | 262.77 | 26.28 | 0.00 |
| INGALLS MEMORIAL HOSPITAL | Unsecured | 774.00 | NA | NA | 0.00 | 0.00 |
| INGALLS MEMORIAL HOSPITAL | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| INGALLS MEMORIAL HOSPITAL | Unsecured | 100.00 | 2,505.80 | 2,505.80 | 250.58 | 0.00 |
| INGALLS MEMORIAL HOSPITAL | Unsecured | 517.91 | 10,206.10 | 10,206.10 | 1,020.61 | 0.00 |
| INGALLS MEMORIAL HOSPITAL | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| INGALLS MEMORIAL HOSPITAL | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| INGALLS MEMORIAL HOSPITAL | Unsecured | 553.66 | NA | NA | 0.00 | 0.00 |
| INGALLS MEMORIAL HOSPITAL | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| INGALLS MEMORIAL HOSPITAL | Unsecured | 353.00 | NA | NA | 0.00 | 0.00 |
| INGALLS MEMORIAL HOSPITAL | Unsecured | 150.22 | NA | NA | 0.00 | 0.00 |
| INGALLS MEMORIAL HOSPITAL | Unsecured | 80.31 | NA | NA | 0.00 | 0.00 |
| INSOLVE RECOVERY LLC | Unsecured | 53.00 | 375.68 | 375.68 | 37.57 | 0.00 |
| INSOLVE RECOVERY LLC | Unsecured | 715.00 | 755.93 | 755.93 | 75.59 | 0.00 |
| JC CHRISTENSEN & ASSOC | Unsecured | 373.80 | NA | NA | 0.00 | 0.00 |
| JERRY J ITKONEN MD SC | Unsecured | 610.00 | NA | NA | 0.00 | 0.00 |
| JUST ENERGY | Unsecured | 562.24 | NA | NA | 0.00 | 0.00 |
| JUST ENERGY | Unsecured | 857.00 | NA | NA | 0.00 | 0.00 |
| LABORATORY CORP | Unsecured | 35.39 | NA | NA | 0.00 | 0.00 |
| MCS COLLECTIONS | Unsecured | 38.80 | NA | NA | 0.00 | 0.00 |
| MCS COLLECTIONS | Unsecured | 33.80 | NA | NA | 0.00 | 0.00 |
| MEDICAL BUSINESS BUREAU | Unsecured | 220.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL RECOVERY ASSOCIATES | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL RECOVERY SPECIALISTS | Unsecured | 353.00 | NA | NA | 0.00 | 0.00 |
| MERCY HOSPITAL & MEDICAL CENT | Unsecured | 423.00 | NA | NA | 0.00 | 0.00 |
| METROPOLITAN SURGICAL ASSOC | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 637.00 | 625.21 | 625.21 | 62.52 | 0.00 |
| MIDWEST EMERGENCY ASSOCIATES | Unsecured | 358.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST EMERGENCY ASSOCIATES | Unsecured | 801.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST EMERGENCY ASSOCIATES | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| PATHOLOGY CONSULTANTS OF CHC | Unsecured | 257.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE OF IL INC | Unsecured | 424.36 | NA | NA | 0.00 | 0.00 |
| PHYSICIANS COOP COMMUNITY ME | Unsecured | 163.00 | NA | NA | 0.00 | 0.00 |
| PINNACLE FINANCIAL | Unsecured | 1,717.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 1,201.00 | 1,201.22 | 1,201.22 | 120.12 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 91.71 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 140.00 | NA | NA | 0.00 | 0.00 |
| RADIOLOGY IMAGING CONSULT | Unsecured | 451.00 | NA | NA | 0.00 | 0.00 |
| RADIOLOGY IMAGING CONSULT | Unsecured | 33.80 | NA | NA | 0.00 | 0.00 |
| RADIOLOGY IMAGING CONSULTANT | Unsecured | 6.40 | NA | NA | 0.00 | 0.00 |
| ROBERT P MISTOVICH | Unsecured | 158.60 | NA | NA | 0.00 | 0.00 |
| ROBERT P MISTOVICH | Unsecured | 196.60 | NA | NA | 0.00 | 0.00 |
| SANTANA ENERGY SERVICES | Unsecured | 691.34 | NA | NA | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Unsecured | 1,951.00 | 0.00 | 2,478.31 | 247.83 | 0.00 |
| SANTANDER CONSUMER USA | Secured | NA | 2,478.31 | 2,478.31 | 0.00 | 0.00 |
| SOUTHWEST LABORATORY | Unsecured | 23.60 | NA | NA | 0.00 | 0.00 |
| SOUTHWEST LABORATORY | Unsecured | 11.70 | NA | NA | 0.00 | 0.00 |
| SPRINT | Unsecured | 642.30 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| THE LOAN MACHINE | Unsecured | 2,778.02 | NA | NA | 0.00 | 0.00 |
| US CELLULAR | Unsecured | 115.59 | 121.94 | 121.94 | 12.19 | 0.00 |
| US CELLULAR | Unsecured | 89.83 | 373.78 | 373.78 | 37.38 | 0.00 |
| US CELLULAR | Unsecured | 59.00 | 122.95 | 122.95 | 12.30 | 0.00 |
| US DEPT OF ED GREAT LAKES | Unsecured | 3,506.64 | 3,651.13 | 3,651.13 | 365.11 | 0.00 |
| US DEPT OF ED GREAT LAKES | Unsecured | NA | 19,080.30 | 19,080.30 | 1,908.03 | 0.00 |
| US DEPT OF ED/GLELSI | Unsecured | 18,899.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF ED/GLELSI | Unsecured | 3,614.00 | NA | NA | 0.00 | 0.00 |
| VERIZON WIRELESS | Unsecured | 637.39 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF SOUTH HOLLAND | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF SOUTH HOLLAND | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| WALGREENS HOME CARE INC | Unsecured | 201.60 | NA | NA | 0.00 | 0.00 |
| WELLGROUP HEALTH PARTNERS | Unsecured | 565.43 | NA | NA | 0.00 | 0.00 |
| WELLGROUP HEALTH PARTNERS | Unsecured | 156.60 | NA | NA | 0.00 | 0.00 |
| WELLGROUP HEALTH PARTNERS | Unsecured | 449.44 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO FINANCIAL | Unsecured | NA | 0.00 | 2,420.47 | 242.05 | 0.00 |
| WELLS FARGO FINANCIAL | Secured | 7,101.83 | 9,522.30 | 7,101.83 | 7,101.83 | 513.44 |
| WFNNB/AVENUE | Unsecured | 365.20 | NA | NA | 0.00 | 0.00 |
| YELLOW BOOK WEST | Unsecured | 406.86 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $110,606.73 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $7,101.83 | $7,101.83 | $513.44 |
| All Other Secured | $4,177.89 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$121,886.45** | **$7,101.83** | **$513.44** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$53,743.89** | **$5,374.38** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,327.24 |
| Disbursements to Creditors | $12,989.65 |
| **TOTAL DISBURSEMENTS:** | **$17,316.89** |

**UST Form 101-13-FR-S (09/01/2009)**

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 05/04/2015                              By: /s/ Tom Vaughn
                                                        Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**